# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 18-cr-00058-01 |
|---|---|---|
| VS. | : | JUDGE JAMES |
| NICHOLAS BICKLE | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #33], and in the transcript previously filed herein, [Doc. #34] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #29], and concurring with the finding of the Magistrate Judge under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the **GUILTY PLEA** entered by defendant Nicholas Bickle on June 6, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11. Defendant is adjudged guilty of attempted escape as charged in Count One of the Indictment.

Monroe, Louisiana, this 7th day of June, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE