UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:18-CR-00058-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| NICHOLAS BICKLE (01) | MAGISTRATE JUDGE KAY |

## ORDER

Upon consideration of Defendant Nicholas Bickle's Motion for Amended Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) [ECF No. 61], and after consideration of the applicable factors set forth in 18 U.S.C. § 3553(a), and having been advised no opposition will be filed,

IT IS HEREBY ORDERED that the motion is GRANTED. The Defendant's previously imposed sentence is MODIFIED as follows:

Defendant's term of imprisonment is **REDUCED** to **TIME SERVED**.

Except as provided herein, all other provisions of the Judgment imposed on October 1, 2018 [ECF No. 50], remain in effect.

SIGNED this 6th day of November, 2023.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE